**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,            ) | CR-11-1545-PHX-PGR (LOA) |
|                         Plaintiff,      ) | |
|                                           ) | **DETENTION ORDER** |
| vs.                                      ) | |
| Valerie Ann Helms,                 ) | |
|                         Defendant.    ) | |
|  _____ ) | |

A detention hearing and a preliminary revocation hearing on the Petition on Supervised Release were held on July 23, 2013.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived her right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain her burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that she is not a serious flight risk. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

**IT IS ORDERED** that the Defendant shall be detained pending further order of the court.

DATED this 24th day of July, 2013.

Lawrence O. Anderson
United States Magistrate Judge